No. A-CV-21-79

COURT OF APPEALS OF THE NAVAJO NATION

September 10, 1980

Ray Jim YAZZIE, Appellant,

vs.

Sarah K. YAZZIE, Appellee.

ORDER

Martha Blue, Esq., Flagstaff, Arizona for Appellant and William Shepherd, Esq., DNA, Window Rock, Navajo Nation (Arizona), for Appellee.

The Court, hereby dismisses the above appeal pursuant to the Stipulation of the parties.